AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

KIMBERLEY H. THOMAS,

    Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:09-CV-00398-LRH-VPC**

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss (#10) is GRANTED.

  October 6, 2009       **LANCE S. WILSON**
                                          Clerk

                                              D. R. Morgan
                                              Deputy Clerk